## 34334. DEPARTMENT OF TRANSPORTATION v. MERRITT et al.

BOWLES, Justice.

The writ of certiorari was granted by this court on November 8, 1978, to review Division 4 of the Court of Appeals' opinion which upheld the trial court's award of attorney fees to the condemnee. *DeKalb County v. Trustees &c., B. P. O. Elks,* 242 Ga. 707 (1978) now controls, and would require a reversal of the award of attorney fees.

*Judgment reversed. All the Justices concur, except Nichols, C. J., and Hill, J., who concur in the judgment only.*

ARGUED JANUARY 15, 1979 — DECIDED JANUARY 30, 1979.

*Arthur K. Bolton, Attorney General, William C. Joy, Assistant Attorney General,* for appellant.